**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

James Allen Johnson, Appellant.

Appellate Case No. 2013-001314

―――――――――――

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2015-UP-378
Heard June 9, 2015 – Filed July 29, 2015

―――――――――――

**AFFIRMED**

―――――――――――

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Assistant Attorney General Mary Williams Leddon, and Staff Attorney Susannah Rawl Cole, all of Columbia, and Solicitor William Walter Wilkins, III, of Greenville, for Respondent.

―――――――――――

**PER CURIAM:**  James Johnson appeals his conviction for homicide by child abuse, arguing the trial court erred in admitting his incriminating statement made to officers at the law enforcement center because it was the result of a two-phase interrogation in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), and *Missouri v. Seibert*, 542 U.S. 600 (2004).  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Pagan*, 369 S.C. 201, 208, 631 S.E.2d 262, 265 (2006) ("The admission of evidence is within the discretion of the trial court and will not be reversed absent an abuse of discretion."); *id.* ("An abuse of discretion occurs when the conclusions of the trial court either lack evidentiary support or are controlled by an error of law."); *State v. Freiburger*, 366 S.C. 125, 134, 620 S.E.2d 737, 741 (2005) (holding an issue is not preserved for appeal where one ground is raised below and another ground is raised on appeal).

**AFFIRMED.**

**SHORT, LOCKEMY, and MCDONALD, JJ., concur.**